# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REBECCA J. FREEMAN,** | : | Case No. 14-21241-GLT |
| Debtor | : | Chapter 13 |
| | : | |
| **Ronda J. Winnecour, Trustee,** | : | Re: Claim 6 |
| Movants | : | |
| v. | : | Hearing Date and Time: |
| **GLHEC,** | : | August 15, 2018 at 10:00am |
| Respondent | : | |

## CERTIFICATE OF SERVICE OF ORDER RESCHEDULING HEARING

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on the 18th of June, 2018.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: via U.S. First Class Mail:

Ronda J. Winnecour
Ste. 3250, USX Tower
600 Grant St.
Pittsburgh, PA  15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Ste. 970
Pittsburgh, PA  15222

Rebecca J. Freeman
114 North Pacific Ave.
Pittsburgh, PA  15224

Gary William Short, Esq.
212 Windgap Rd.
Pittsburgh, PA  15237

Jana Pail
US Steel Tower, Ste. 3250
600 Grant St.
Pittsburgh, PA  15219

Date:  June 18, 2018 /s/ John P. Neblett
John P. Neblett
P.A. I.D. No. 80036
P.O. Box 490
Reedsville, PA  17084
Counsel for GLHEC
717.667.7185
717.620.3469 (fax)