IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

Rebecca J. Freeman     :  Case No.14-21241GLT

           :

     Debtor(s)  :

Ronda J. Winnecour, Trustee  :

           :  Re CLM. 6

     Movant(s)  :

           :

     vs.   :

Great Lakes Higher Education  :

Guaranty Corp.      :  Hearing Date

     Respondent(s)

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO CLAIM

The Trustee's Objection to Claim was filed in the above-referenced case on May 15, 2018 (document #71) is hereby WITHDRAWN. The hearing that is scheduled for August 15, 2018 is hereby cancelled.

Respectfully submitted

7/18/18        /s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Rebecca J. Freeman             :     Case No.14-21241GLT
                              :
        Debtor(s)        :
Ronda J. Winnecour, Trustee   :
                              :     Re CLM. 6
        Movant(s)        :
                              :
         vs.            :
Great Lakes Higher Education  :
Guaranty Corp.               :     Hearing Date
        Respondent(s)

CERTIFICATE OF SERVICE

     I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

United Student Funds Inc
PO Box 8961
Madison WI 53708-8961

Great Lakes Higher Education Guaranty Corp.
2401 International Lane
Madison WI 54701

John P. Neblett, Esq.
Law Office of John P. Neblett
P.O. Box 490
Reedsville, PA  17084

Sallie Mae Inc. on behalf of USAF
Attn: Bankruptcy Litigation Unite E3149
PO Box 9430
Wilkes Barre PA 18773

Rebecca Freeman
114 North Pacific Avenue
Pittsburgh PA 15224

Gary William Short, Esquire
212 Windgap Road
Pittsburgh PA 15237

7/18/18                                    /S/ Dianne DeFoor___
date                                       Office of the Chapter 13 Trustee
                                           US Steel Tower – Suite 3250
                                           600 Grant Street
                                           Pittsburgh, PA  15219
                                           (412) 471-5566