IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Rebecca J. Freeman<br><br>    Debtor(s)<br>_____<br>Ronda J. Winnecour, Chapter 13 Trustee,<br>    Movant,<br>      Vs.<br>Denovus Corporation LTD; Jefferson Capital Systems, LLC Assignee<br>    Respondent(s) | Case No.: 14-21241GLT<br>Chapter 13<br><br>Related to Doc. 87<br>Related to Claim No.7 |

## CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S OBJECTION TO CLAIM NO. 7

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Objection filed on January 30, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Objection appears thereon. Pursuant to the Hearing Notice, responses to the Trustee's Objection were to be filed and served no later than March 4, 2019.

3-6-2019

/s/ Ronda J. Winnecour
Ronda J. Winnecour
Chapter 13 Trustee PA I.D.#30399
U.S. Steel Tower- Suite 3250
600 Grant Street
Pittsburgh PA  15219
cmecf@chapter13trusteewdpa.com