FILED
3/7/19 8:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Rebecca J. Freeman<br><br>    Debtor(s)<br>_____<br>Ronda J. Winnecour, Chapter 13<br>Trustee,<br>    Movant,<br>      Vs.<br>Denovus Corporation LTD; Jefferson<br> Capital Systems, LLC Assignee<br>    Respondent(s) | Case No.: 14-21241GLT<br>Chapter 13<br><br><br>Related to Claim No.7<br><br><br>Related to Docket No. 87 |

ORDER OF COURT

AND NOW, this __7th__ day of __March__, 2019, upon consideration of the Trustee's Objection to Claim No. 7 and any responses thereto, it is hereby ORDERED that:

(a) Claim Number 7 filed by the above captioned Respondent is disallowed in its entirety; and

(b) No fees, costs or charges shall be allowed for defending this objection.

BY THE COURT:

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Rebecca J. Freeman  
      Debtor

Case No. 14-21241-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Mar 07, 2019  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2019.  
db         +Rebecca J. Freeman,    114 North Pacific Avenue,    Pittsburgh, PA 15224-2441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2019 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. andygornall@latouflawfirm.com  
         Gary William Short    on behalf of Debtor Rebecca J. Freeman garyshortlegal@gmail.com, gwshort@verizon.net  
         James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com  
         Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com, cnoroski@grblaw.com  
         Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com  
         Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com  
         John P. Neblett    on behalf of Creditor    Great Lakes Higher Education Corporation jpn@neblettlaw.com, lln@neblettlaw.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                                                    TOTAL: 11