601 FA SUP

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:** | ) Bankruptcy No. 14-21241 GLT |
| **Rebecca J. Freeman,** | ) Chapter 13 |
| Debtor, | ) Docket No. |
| **Gary W. Short,** | ) |
| Movant, | ) Hearing Date and Time: |
| vs. | ) May 8, 2019 at 9:30 a.m. |
| **Ronda J. Winnecour, Trustee,** | ) Responses Due: April 22, 2019 |
| Respondent. | ) |

<u>**SUPPLEMENT TO APPLICATION FOR FINAL COMPENSATION
AND REIMBURSEMENT OF EXPENSES**</u>

Gary W. Short, Applicant, files the within History of Case Supplement to Applicant's Application for Final Compensation and Reimbursement of Expenses:

History of Case

Applicant commenced rendering legal services to the Debtor related to this Chapter 13 proceeding on February 8, 2014. Debtor filed petition under Chapter 13 on March 30, 2014. A motion to extend the automatic stay was filed on March 30, 2014. A declaration of electronic filing was filed accepted by the Clerk's office on April 3, 2014. Debtor's initial plan was filed and Debtor's petition was completed on April 10, 2014. An order was entered continuing the automatic stay on April 22, 2014. A meeting on creditors was held on June 10, 2014. Debtor's plan was confirmed on an interim basis on October 24, 2014. Debtor's schedules were amended on January 29, 2015. An amended plan was filed on March 27, 2015. A second amended plan was filed on July 13, 2015. The second amended plan was confirmed on September 11, 2015. Debtor will complete her plan in April, 2019.

Applicant is seeking allowance of final compensation pursuant to 11 U.S.C. §503(b). Applicant was employed by the Debtor on an hourly fee arrangement plus expenses. Applicant did not receive a pre-petition. The only professional seeking an allowance of compensation by this Application is Gary W. Short. The hourly rate charged during the case was $300 per hour. Applicant customarily charges non-bankruptcy clients $250 to $350 per hour. Applicant's application is a final application for allowance of administrative expenses for legal fees and expenses. The time period for the services and expenses covered by this Application is February 8, 2014 to March 18, 2019 (with .5 projected hours to complete case).

A copy of the docket for the case is attached hereto and incorporated herein by reference.

/s/ Gary W. Short
Gary W. Short, Esquire  (PA Bar I.D. No. 36794)
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com

RELCAS, FnlConfPlan

# U.S. Bankruptcy Court
## WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)
### Bankruptcy Petition #: 14-21241-GLT

*Assigned to:* Judge Gregory L. Taddonio
Chapter 13
Voluntary
Asset

*Date filed:* 03/30/2014
*Plan confirmed:* 09/11/2015
*341 meeting:* 06/09/2014
*Deadline for filing claims:* 08/11/2014
*Deadline for filing claims (govt.):* 09/26/2014

*Debtor*
**Rebecca J. Freeman**
114 North Pacific Avenue
Pittsburgh, PA 15224
ALLEGHENY-PA
SSN / ITIN: xxx-xx-2996
*aka* **Joanne Freeman**

represented by **Gary William Short**
212 Windgap Road
Pittsburgh, PA 15237
412-765-0100
Fax : 412-536-3977
Email: garyshortlegal@gmail.com

*Trustee*
**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
412-471-5566

*U.S. Trustee*
**Office of the United States Trustee**
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
412-644-4756

| Filing Date | # | Docket Text |
|---|---|---|
| 03/30/2014 | <u>1</u><br>(3 pgs) | Chapter 13 Voluntary Petition . Fee Amount $281 Filed by Rebecca J. Freeman Government Proof of Claim due by 09/26/2014. Chapter 13 Plan due 04/14/2014. Declaration Re: Electronic Filing due 04/14/2014. Atty Disclosure Statement due 04/14/2014. Declaration of Schedules due 04/14/2014. Employee Income Record or a statement that there is no record due by 04/14/2014. Exhibit D due by 04/14/2014. Statement of Current Monthly Income FR 22C due by 04/14/2014. |

| | | |
|---|---|---|
| | | Schedules A-J due 04/14/2014. Statement of Financial Affairs due 04/14/2014. Summary of schedules due 04/14/2014. Informational Notice Required by 342b due by 04/14/2014. Incomplete Filings due by 04/14/2014. (Short, Gary) (Entered: 03/30/2014) |
| 03/30/2014 | [2](#) (2 pgs; 2 docs) | Notice Regarding Filing of Mailing Matrix Filed by Debtor Rebecca J. Freeman (Attachments: # [1](#) Exhibit Mailing Matrix) (Short, Gary) (Entered: 03/30/2014) |
| 03/31/2014 | [3](#) (3 pgs; 2 docs) | Motion to Extend Automatic Stay Filed by Debtor Rebecca J. Freeman. (Attachments: # [1](#) Proposed Order) (Short, Gary) (Entered: 03/31/2014) |
| 03/31/2014 | [4](#) (3 pgs; 3 docs) | Hearing on NOTICE OF HEARING WITH RESPONSE DEADLINE ON SECTION 362(c)(3)EXPEDITED MOTION OF Rebecca J. Freeman FOR HEARING AND ENTRY OF AN ORDER BY April 29, 2014, CONTINUING THE SECTION 362(a) AUTOMATIC STAY WITH SUPPORTING DECLARATION Filed by Debtor Rebecca J. Freeman (RE: related document(s): [3](#) Motion to Extend Automatic Stay filed by Debtor Rebecca J. Freeman). Hearing scheduled for 4/23/2014 at 09:00 AM at p04 Courtroom D, 54th Floor, U.S. Steel Tower, Pittsburgh. Responses due by 4/17/2014. (Attachments: # [1](#) Certificate of Service # [2](#) Exhibit Mailing Matrix) (Short, Gary) (Entered: 03/31/2014) |
| 03/31/2014 | [5](#) (1 pg) | Notice of Appearance and Request for Notice by Peter J. Ashcroft Filed by Creditor Duquesne Light Company (Ashcroft, Peter) (Entered: 03/31/2014) |
| 03/31/2014 | 6 | Notice of Additional Filing Deficiencies. Assigned Judge: Taddonio. Appointed Trustee: Winnecour. Pursuant to Local Rule 1017-2, the United States Trustee is deemed to have filed a Motion To Dismiss this case, and that Motion will be deemed GRANTED, if any deadline set forth in the first docket entry or any of the following deadlines is not met. Incomplete Filings: CERTIFICATE OF CREDIT COUNSELING AND/OR CERTIFICATE EXIGENT CIRCUMSTANCES (RE: related document(s): [1](#) Voluntary Petition Chapter 13 filed by Debtor Rebecca J. Freeman). Incomplete Filings due by 4/14/2014. (lfin) (Entered: 03/31/2014) |

| | | |
|---|---|---|
| 03/31/2014 | 7 | Deadlines Updated (RE: related document(s): 1 Voluntary Petition Chapter 13 filed by Debtor Rebecca J. Freeman). Certificate of Credit Counseling due by 4/14/2014. Certificate of Exigent Circumstances due by 4/14/2014. (lfin) (Entered: 03/31/2014) |
| 04/01/2014 | 8 (1 pg) | Hearing on NOTICE OF HEARING WITH RESPONSE DEADLINE ON SECTION 362(c)(3)EXPEDITED MOTION OF Rebecca J. Freeman FOR HEARING AND ENTRY OF AN ORDER BY April 29, 2014, CONTINUING THE SECTION 362(a) AUTOMATIC STAY WITH SUPPORTING DECLARATION Filed by Debtor Rebecca J. Freeman (RE: related document(s): 3 Motion to Extend Automatic Stay filed by Debtor Rebecca J. Freeman). Hearing scheduled for 4/23/2014 at 09:00 AM at p04 Courtroom D, 54th Floor, U.S. Steel Tower, Pittsburgh. Responses due by 4/17/2014. (Short, Gary) (Entered: 04/01/2014) |
| 04/01/2014 | 9 | INCOMPLETE Declaration Re: Electronic Filing (lfin) (Entered: 04/01/2014) |
| 04/01/2014 | 10 (2 pgs; 2 docs) | Notice Regarding Nonconforming Document (RE: related document(s): 9 INCOMPLETE Declaration Re: Electronic Filing). (lfin) (Entered: 04/01/2014) |
| 04/03/2014 | 11 | Receipt of Voluntary Petition Chapter 13(14-21241) [misc,volp13] ( 281.00) filing fee. Receipt number 08008, amount $ 281.00. (lkat) (Entered: 04/03/2014) |
| 04/03/2014 | 12 | Declaration Re: Electronic Filing (RE: related document(s): 1 Voluntary Petition Chapter 13 filed by Debtor Rebecca J. Freeman). (lfin) (Entered: 04/03/2014) |
| 04/03/2014 | 13 (1 pg) | Notice of Appearance and Request for Notice by Andrew F Gornall Filed by Creditor JPMORGAN CHASE BANK, N.A. (Gornall, Andrew) (Entered: 04/03/2014) |
| 04/10/2014 | 14 (4 pgs) | Informational Notice Required by 342b Filed by Debtor Rebecca J. Freeman (RE: related document(s): 1 Voluntary Petition Chapter 13 filed by Debtor Rebecca J. Freeman). (Short, Gary) (Entered: 04/10/2014) |

| | | |
|---|---|---|
| 04/10/2014 | 15<br>(4 pgs) | Employee Income Records Filed by Debtor Rebecca J. Freeman (RE: related document(s): 1 Voluntary Petition Chapter 13 filed by Debtor Rebecca J. Freeman). (Short, Gary) CORRECTIVE ENTRY :NAME ON PDF FILED DOCUMENTS FOR EMPLOYEE INCOME RECORDS (PAY STUBS) LIST THE NAME OF JOANN FREEMAN NOT REBECCA FREEMAN; IF THIS IS THE DEBTOR THE FIRST PAGE OF THE VOLUNTARY PETITION MUST BE AMENDED TO ADD THE DEBTOR'S OTHER NAMES USED BY THE DEBTOR. Modified on 4/15/2014 (lfin). (Entered: 04/10/2014) |
| 04/10/2014 | 16<br>(4 pgs) | Certificate of Credit Counseling for briefing received on 2/21/2014. Filed by Debtor Rebecca J. Freeman (RE: related document(s): 7 Update Incomplete Filings Deadlines, 12 Declaration Re: Electronic Filing). (Short, Gary) (Entered: 04/10/2014) |
| 04/10/2014 | 17<br>(1 pg) | Statement of Attorney Filed by Debtor Rebecca J. Freeman (Short, Gary) (Entered: 04/10/2014) |
| 04/10/2014 | 18<br>(4 pgs; 2 docs) | Chapter 13 Plan . Plan Dated 4/10/2014. Filed by Rebecca J. Freeman (RE: related document(s): 1 Voluntary Petition Chapter 13). (Short, Gary) (Entered: 04/10/2014) |
| 04/10/2014 | 19<br>(33 pgs) | Petition Completed Filed by Debtor Rebecca J. Freeman (Short, Gary) (Entered: 04/10/2014) |
| 04/15/2014 | 20 | Corrective Entry :NAME ON PDF FILED DOCUMENTS FOR EMPLOYEE INCOME RECORDS (PAY STUBS) LIST THE NAME OF JOANN FREEMAN NOT REBECCA FREEMAN; IF THIS IS THE DEBTOR THE FIRST PAGE OF THE VOLUNTARY PETITION MUST BE AMENDED TO ADD THE DEBTOR'S OTHER NAMES USED BY THE DEBTOR. (RE: related document(s): 15 Employee Income Records filed by Debtor Rebecca J. Freeman). (lfin) (Entered: 04/15/2014) |
| 04/16/2014 | 21<br>(5 pgs) | Amended Document *Voluntary Petition* Filed by Debtor Rebecca J. Freeman (RE: related document(s): 1 Voluntary Petition Chapter 13 filed by Debtor Rebecca J. Freeman). (Short, Gary) (Entered: 04/16/2014) |

| | | |
|---|---|---|
| 04/17/2014 | 22<br>(3 pgs; 2 docs) | Meeting of Creditors 341(a) meeting to be held on 05/12/2014 at 11:00 AM at p60 3251 U.S. Steel Tower, Pittsburgh. Last day to oppose discharge or dischargeability is 7/11/2014. Last day to oppose dischargeability due by 7/11/2014. Proofs of Claims due by 8/11/2014. Confirmation hearing to be held on 5/12/2014 at 11:00 AM at p60 3251 U.S. Steel Tower, Pittsburgh. (lfin) (Entered: 04/17/2014) |
| 04/18/2014 | 23<br>(1 pg) | Certificate of No Objection Regarding the Hearing on 4/23/2014. Filed by Debtor Rebecca J. Freeman (RE: related document(s): 3 Motion to Extend Automatic Stay filed by Debtor Rebecca J. Freeman). (Short, Gary) (Entered: 04/18/2014) |
| 04/19/2014 | 24<br>(4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s): 22 Meeting of Creditors Chapter 13 & 12). Notice Date 04/19/2014. (Admin.) (Entered: 04/20/2014) |
| 04/19/2014 | 25<br>(4 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 18 Chapter 13 Plan filed by Debtor Rebecca J. Freeman). Notice Date 04/19/2014. (Admin.) (Entered: 04/20/2014) |
| 04/22/2014 | 26<br>(2 pgs; 2 docs) | Default Order Granting Motion to Extend Automatic Stay(Related Doc # 3) Signed on 4/22/2014. (lfin) (Entered: 04/24/2014) |
| 04/25/2014 | 27<br>(2 pgs) | Notice of Appearance and Request for Notice by S. James Wallace Filed by Creditor Equitable Gas Bankruptcy Department (Wallace, S.) (Entered: 04/25/2014) |
| 05/14/2014 | 28 | Meeting of Creditors Chapter 13 Not Held on 5/12/2014. Clerk to Reschedule Meeting. Filed by Ronda J. Winnecour. (vde13) (Entered: 05/14/2014) |
| 05/15/2014 | 29<br>(2 pgs; 2 docs) | Rescheduled Meeting of Creditors 341(a) meeting to be held on 06/09/2014 at 11:00 AM at p60 3251 U.S. Steel Tower, Pittsburgh. Confirmation hearing to be held on 6/9/2014 at 11:00 AM at p60 3251 U.S. Steel Tower, Pittsburgh. (lfin) (Entered: 05/15/2014) |
| 05/17/2014 | 30<br>(2 pgs) | BNC Certificate of Mailing. (RE: related document(s): 29 Meeting of Creditors Chapter 13 & 12). Notice Date 05/17/2014. (Admin.) (Entered: 05/18/2014) |

| | | |
|---|---|---|
| 06/03/2014 | <u>31</u><br>(4 pgs) | Notice of Appearance and Request for Notice by Jeffrey R. Hunt Filed by Creditor Pittsburgh Water & Sewer Authority (Hunt, Jeffrey) (Entered: 06/03/2014) |
| 06/03/2014 | <u>32</u><br>(4 pgs) | Notice of Appearance and Request for Notice by Jeffrey R. Hunt Filed by Creditor City and School District of Pittsburgh (Hunt, Jeffrey) (Entered: 06/03/2014) |
| 06/03/2014 | <u>33</u><br>(5 pgs) | Notice of Appearance and Request for Notice by Jeffrey R. Hunt Filed by Creditor Allegheny County (Hunt, Jeffrey) (Entered: 06/03/2014) |
| 06/10/2014 | 34 | Meeting of Creditors Chapter 13 Held and Concluded on 6/9/2014 Filed by Ronda J. Winnecour. (vde13) (Entered: 06/10/2014) |
| 06/25/2014 | <u>35</u><br>(4 pgs; 2 docs) | Interim Order Confirming Plan As Modified and Setting Deadlines for Certain Actions pursuant to the proceeding held on 6/9/2014. Signed on 6/25/2014. (RE: related document(s): <u>18</u> Chapter 13 Plan). Conciliation Conference to be held on 10/9/2014 at 09:00 AM at p60 3251 U.S. Steel Tower, Pittsburgh. (dbas) (Entered: 06/25/2014) |
| 06/26/2014 | <u>36</u><br>(2 pgs; 2 docs) | Notice reminder to file Certification of Completion of Instructional Course Concerning Personal Financial Management within the applicable deadline set forth in Fed.R.Bankr.P. 1007(c) (adiuser) (Entered: 06/26/2014) |
| 06/27/2014 | <u>37</u><br>(5 pgs) | BNC Certificate of Mailing. (RE: related document(s): <u>35</u> Order Confirming Chapter 13 Plan and Setting Deadlines). Notice Date 06/27/2014. (Admin.) (Entered: 06/28/2014) |
| 06/28/2014 | <u>38</u><br>(2 pgs) | BNC Certificate of Mailing. (RE: related document(s): <u>36</u> Notice Reminder to File Personal Financial Management Certificate). Notice Date 06/28/2014. (Admin.) (Entered: 06/29/2014) |
| 07/12/2014 | | Terminating Objection to Discharge Deadline (adiuser) (Entered: 07/12/2014) |
| 08/07/2014 | <u>39</u><br>(4 pgs) | Objection to Confirmation of Plan Plan Dated 4/10/2014. Conciliation Conference Set For 10/9/2014. Filed by Allegheny County, City and School District of Pittsburgh, Pittsburgh Water & Sewer Authority (RE: |

| | | |
|---|---|---|
| | | related document(s): 18 Chapter 13 Plan). (Hunt, Jeffrey) (Entered: 08/07/2014) |
| 10/09/2014 | 40 (1 pg) | Proceeding Memo Continuing Hearing Signed on 10/9/2014. (RE: related document(s): 18 Chapter 13 Plan filed by Debtor Rebecca J. Freeman). CONTESTED Hearing scheduled for 10/22/2014 at 10:30 AM at p01 Courtroom A, 54th Floor, U.S. Steel Tower, Pittsburgh. (jhel) . (Entered: 10/09/2014) |
| 10/23/2014 | 42 (1 pg) | Hearing Held on 10/22/14 (RE: related document(s): 18 Chapter 13 Plan filed by Debtor Rebecca J. Freeman). Interim confirmation order to be entered with the following terms: (1) Plan payment to be increased to $584; (2) Claim #1, Claim #2, Claim #3, Claim #4, and Claim #5 to control subject to resolution of any claim objection; (3)All unfiled tax returns, with copies provided to the Trustee, to be filed within 30 days; and (4) Conciliation conference to be held within 60 days. (CT to prepare). (Entered: 10/24/2014) |
| 10/24/2014 | 41 (5 pgs; 2 docs) | Interim Order Confirming Plan As Modified and Setting Deadlines for Certain Actions pursuant to the proceeding held on 10/22/2014. Signed on 10/24/2014. (RE: related document(s): 18 Chapter 13 Plan). Final Conciliation Conference to be held on 1/22/2015 at 11:30 AM at p60 3251 U.S. Steel Tower, Pittsburgh. (ctak) (Entered: 10/24/2014) |
| 10/26/2014 | 43 (6 pgs) | BNC Certificate of Mailing. (RE: related document(s): 41 Order Confirming Chapter 13 Plan and Setting Deadlines). Notice Date 10/26/2014. (Admin.) (Entered: 10/27/2014) |
| 11/18/2014 | 44 (5 pgs; 3 docs) | Objection to Confirmation of Plan Plan Dated 4/10/14. Conciliation Conference Set For 1/22/15. Filed by Equitable Gas Bankruptcy Department (RE: related document(s): 18 Chapter 13 Plan). (Attachments: # 1 Proposed Order # 2 Certificate of Service)(Wallace, S.) (Entered: 11/18/2014) |
| 01/23/2015 | 45 (1 pg) | Conciliation Conference held on 1/22/2015 and Continued to CONTESTED Hearing. Proceeding Memo Signed on 1/23/2015. (RE: related document(s): 18 Chapter 13 Plan filed by Debtor Rebecca J. Freeman). CONTESTED Hearing scheduled for 1/28/2015 at 10:30 AM at p01 Courtroom A, 54th |

| | | |
|---|---|---|
| | | Floor, U.S. Steel Tower, Pittsburgh. (amaz) (Entered: 01/23/2015) |
| 01/29/2015 | 46 (5 pgs) | The following schedule(s) have been amended: Schedule I. Filed by Debtor Rebecca J. Freeman (Short, Gary) (Entered: 01/29/2015) |
| 01/29/2015 | 47 (1 pg) | Hearing Held on 1/28/15 (RE: related document(s): 18 Chapter 13 Plan filed by Debtor Rebecca J. Freeman). Continued to Conciliation on 2/26/15. (bsil) (Entered: 01/29/2015) |
| 01/30/2015 | 48 (3 pgs; 2 docs) | Order Establishing Deadlines and Continuing Chapter 13 Plan/Conciliation Conference Continued (RE: related document(s): 18 Chapter 13 Plan filed by Debtor Rebecca J. Freeman). Conciliation Conference to be held on 2/26/2015 at 11:30 AM at p60 3251 U.S. Steel Tower, Pittsburgh. On or before 2/12/15 the Debtor shall produce a copy of her 2013 tax return to the Chapter 13 Trustee. (bsil) (Entered: 01/30/2015) |
| 02/01/2015 | 49 (3 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 48 Conference Continued). Notice Date 02/01/2015. (Admin.) (Entered: 02/02/2015) |
| 02/27/2015 | 50 (4 pgs; 4 docs) | Order Setting Hearing to File an Amended Plan (RE: related document(s): 18 Chapter 13 Plan filed by Debtor Rebecca J. Freeman), Issued Per the 2/26/2015 Proceeding. Amended Plan due 3/30/2015. Objections due by 4/23/2015. Conciliation Conference to be held on 4/30/2015 at 09:00 AM at p60 3251 U.S. Steel Tower, Pittsburgh. (ctak) (Entered: 02/27/2015) |
| 02/27/2015 | 51 (1 pg) | Conciliation Conference Held on 2/26/15 (RE: related document(s): 18 Chapter 13 Plan filed by Debtor Rebecca J. Freeman). System Order Issued. (bsil) (Entered: 02/27/2015) |
| 03/01/2015 | 52 (2 pgs) | BNC Certificate of Mailing. (RE: related document(s): 50 Hearing to File Amended Plan). Notice Date 03/01/2015. (Admin.) (Entered: 03/02/2015) |
| 03/27/2015 | 53 (6 pgs; 3 docs) | Amended Chapter 13 Plan Dated 03/27/2015. Conciliation Conference Set For 04/30/2015. Filed by Rebecca J. Freeman (Attachments: # 1 Certificate of Service # 2 Exhibit Mailing Matrix)(Short, Gary) (Entered: 03/27/2015) |

| | | |
|---|---|---|
| 05/05/2015 | 54 (4 pgs; 2 docs) | Interim Order Confirming Plan As Modified and Setting Deadlines for Certain Actions pursuant to the proceeding held on 4/30/2015. Signed on 5/5/2015. (RE: related document(s): 53 Amended Chapter 13 Plan). Conciliation Conference to be held on 7/16/2015 at 09:00 AM at p60 3251 U.S. Steel Tower, Pittsburgh. (dbas) (Entered: 05/05/2015) |
| 05/05/2015 | 55 (2 pgs) | Conciliation Conference Held on 4/30/15 (RE: related document(s): 53 Amended Chapter 13 Plan filed by Debtor Rebecca J. Freeman). System Order Issued. (bsil) (Entered: 05/06/2015) |
| 05/07/2015 | 56 (5 pgs) | BNC Certificate of Mailing. (RE: related document(s): 54 Order Confirming Chapter 13 Plan and Setting Deadlines). Notice Date 05/07/2015. (Admin.) (Entered: 05/08/2015) |
| 06/03/2015 | 57 (11 pgs; 4 docs) | Motion to Allow Claims Filed by Creditor JPMORGAN CHASE BANK, N.A.. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Proposed Default Order) (Gornall, Andrew) (Entered: 06/03/2015) |
| 06/03/2015 | 58 (2 pgs; 2 docs) | Hearing on Allow Late Claim Filed by Creditor JPMORGAN CHASE BANK, N.A. (RE: related document(s): 57 Motion to Allow Claims filed by Creditor JPMORGAN CHASE BANK, N.A.). Hearing scheduled for 7/15/2015 at 10:00 AM at p01 Courtroom A, 54th Floor, U.S. Steel Tower, Pittsburgh. Responses due by 6/22/2015. (Attachments: # 1 Certificate of Service) (Gornall, Andrew) (Entered: 06/03/2015) |
| 06/24/2015 | 59 (3 pgs; 3 docs) | Certificate of No Objection *Motion to Allow Claim* Filed by Creditor JPMORGAN CHASE BANK, N.A. (RE: related document(s): 57 Motion to Allow Claims filed by Creditor JPMORGAN CHASE BANK, N.A.). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Gornall, Andrew) (Entered: 06/24/2015) |
| 06/25/2015 | 60 (2 pgs; 2 docs) | Default Order Granting Motion To Allow Claims (Related Doc # 57) Signed on 6/25/2015. (bsil) (Entered: 06/25/2015) |
| 07/13/2015 | 61 (4 pgs) | Amended Chapter 13 Plan Dated 07/13/2015. Filed by Rebecca J. Freeman (Short, Gary) (Entered: 07/13/2015) |

| | | |
|---|---|---|
| 07/17/2015 | 62<br>(4 pgs; 4 docs) | Order Setting Hearing on the Amended Plan (RE: related document(s): 61 Amended Chapter 13 Plan filed by Debtor Rebecca J. Freeman). Objections due by 8/17/2017. Conciliation Conference to be held on 9/10/2015 at 09:00 AM at p60 3251 U.S. Steel Tower, Pittsburgh. (ctak) (Entered: 07/17/2015) |
| 07/17/2015 | 63<br>(1 pg) | Conciliation Conference Held on 7/16/15 and Continued to 9/10/15 (RE: related document(s): 53 Amended Chapter 13 Plan filed by Debtor Rebecca J. Freeman). (bsil) (Entered: 07/17/2015) |
| 07/24/2015 | 64<br>(3 pgs; 2 docs) | Certificate of Service Regarding the Hearing on 9/10/2015. Filed by Debtor Rebecca J. Freeman (RE: related document(s): 61 Amended Chapter 13 Plan filed by Debtor Rebecca J. Freeman, 62 Hearing on Amended Plan). (Attachments: # 1 Exhibit Mailing Matrix) (Short, Gary) (Entered: 07/24/2015) |
| 09/11/2015 | 65<br>(4 pgs; 2 docs) | Order Confirming Plan As Modified and Setting Deadlines for Certain Actions pursuant to the proceeding held on 9/10/2015. Signed on 9/11/2015. (RE: related document(s): 61 Amended Chapter 13 Plan). (dbas) (Entered: 09/11/2015) |
| 09/11/2015 | 67<br>(2 pgs) | Conciliation Conference Held on 9/10/15 (RE: related document(s): 61 Amended Chapter 13 Plan filed by Debtor Rebecca J. Freeman). System Order Issued. (bsil) (Entered: 09/14/2015) |
| 09/13/2015 | 66<br>(5 pgs) | BNC Certificate of Mailing. (RE: related document(s): 65 Order Confirming Chapter 13 Plan and Setting Deadlines). Notice Date 09/13/2015. (Admin.) (Entered: 09/14/2015) |
| 05/26/2016 | 69<br>(1 pg) | Order Amending Wage Order(s). To the extent a wage attachment order was entered in this case, the Order is hereby amended to change the chapter 13 plan payment address as follows: Ronda J. Winnecour; Chapter 13 Trustee, W.D.PA; P.O. Box 84051; Chicago, IL 60689-4002. This Order was entered on this case pursuant to the Court's Order at Miscellaneous Proceeding No. 16-203-GLT. (adiuser) (Entered: 05/26/2016) |
| 12/21/2016 | 70<br>(1 pg) | Notice of Appearance and Request for Notice by James Warmbrodt Filed by Creditor JPMORGAN CHASE |

| | | |
|---|---|---|
| | | BANK, N.A. (Warmbrodt, James) (Entered: 12/21/2016) |
| 05/15/2018 | 71 (7 pgs; 2 docs) | Objection to Claim of Great Lakes Higher Education Guaranty Corp. At claim number 6. Filed by Trustee Ronda J. Winnecour. (Attachments: # 1 Proposed Order) (Pail, Jana) (Entered: 05/15/2018) |
| 05/15/2018 | 72 (1 pg) | Hearing on Trustee's Objection to Claim Filed by Trustee Ronda J. Winnecour (RE: related document(s): 71 Objection to Claim filed by Trustee Ronda J. Winnecour). Hearing scheduled for 7/18/2018 at 10:00 AM at p01 Courtroom A, 54th Floor, U.S. Steel Tower, Pittsburgh. Responses due by 6/15/2018. (Pail, Jana) (Entered: 05/15/2018) |
| 06/14/2018 | 73 (3 pgs; 2 docs) | Agreed Motion to Continue/Reschedule Hearing On *July 18, 2018 at 10:00 a.m.* Filed by Creditor Great Lakes Higher Education Corporation (RE: related document(s): 72 Hearing on a Judge Taddonio Case Set by Attorney or Trustee). (Attachments: # 1 Proposed Order) (Neblett, John) (Entered: 06/14/2018) |
| 06/15/2018 | 74 (2 pgs; 2 docs) | Modified Order Re-Scheduling Hearing on (RE: related document(s): 71 Objection to Claim filed by Trustee Ronda J. Winnecour, 73 Motion to Continue/Reschedule Hearing filed by Creditor Great Lakes Higher Education Corporation). Hearing re-scheduled for 8/15/2018 at 10:00 AM at p01 Courtroom A, 54th Floor, U.S. Steel Tower, Pittsburgh. Responses due by 8/8/2018. (bsil) (Entered: 06/15/2018) |
| 06/18/2018 | 75 (2 pgs) | Certificate of Service *of Order regarding hearing on 8/15/18* Filed by Creditor Great Lakes Higher Education Corporation (RE: related document(s): 74 Order Scheduling Hearing). (Neblett, John) (Entered: 06/18/2018) |
| 07/13/2018 | 76 (5 pgs; 4 docs) | Transfer of Claim:6 Transferor: Navient Solutions, Inc. on behalf of USA Funds To GLHEC & Affiliates: GLHEGC, NELA, USAF Filed by GLHEC & Affiliates: GLHEGC, NELA, USAF (Attachments: # 1 Exhibit)(Peterson, Jeanine) (Entered: 07/13/2018) |
| 07/13/2018 | 77 | Receipt of Transfer of Claim(14-21241-GLT) [claims,trclm] ( 25.00) filing fee. Receipt number |

| | | |
|---|---|---|
| | | 13852180, amount $ 25.00. (U.S. Treasury) (Entered: 07/13/2018) |
| 07/16/2018 | 78 | Claim Status Correction (RE: related document(s): 76 Transfer of Claim filed by Creditor GLHEC & Affiliates: GLHEGC, NELA, USAF). (amaz) (Entered: 07/16/2018) |
| 07/16/2018 | 79 | Claim Filer corrected from United Student Aid Funds, Inc (USAF) to GLHEC & Affiliates: GLHEGC, NELA, USAF (amaz) (Entered: 07/16/2018) |
| 07/18/2018 | 80<br>(3 pgs) | Withdrawal of *Trustee's Objection to Claim* Filed by Trustee Ronda J. Winnecour (RE: related document(s): 71 Objection to Claim filed by Trustee Ronda J. Winnecour). (Winnecour, Ronda) (Entered: 07/18/2018) |
| 07/18/2018 | 81<br>(2 pgs) | BNC Certificate of Mailing. (RE: related document(s): 76 Transfer of Claim filed by Creditor GLHEC & Affiliates: GLHEGC, NELA, USAF). Notice Date 07/18/2018. (Admin.) (Entered: 07/19/2018) |
| 07/19/2018 | 82<br>(2 pgs; 2 docs) | Order Signed on 7/19/2018. (RE: related document(s): 71 Objection to Claim, 80 Withdrawal -for attorney use-). The Hearing of 8/15/18 is CANCELLED. (bsil) (Entered: 07/19/2018) |
| 07/21/2018 | 83<br>(2 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 82 Order -Non-motion related-). Notice Date 07/21/2018. (Admin.) (Entered: 07/22/2018) |
| 10/08/2018 | 84<br>(3 pgs; 3 docs) | Transfer of Claim:6 Transferor: Sallie Mae, Inc on behalf of USA Funds (Claim No. 6) To GLHEC & Affiliates: GLHEGC, NELA, USAF Filed by GLHEC & Affiliates: GLHEGC, NELA, USAF (Peterson, Jeanine) (Entered: 10/08/2018) |
| 10/11/2018 | 85<br>(2 pgs) | BNC Certificate of Mailing. (RE: related document(s): 84 Transfer of Claim filed by Creditor GLHEC & Affiliates: GLHEGC, NELA, USAF). Notice Date 10/11/2018. (Admin.) (Entered: 10/12/2018) |
| 01/23/2019 | 86<br>(5 pgs) | Notice of Claims Filed And Intention to Pay Claims (vde13) (Entered: 01/23/2019) |

| 01/30/2019 | 87<br>(5 pgs; 2 docs) | Objection to Claim of Denovus Corporation LTD; Jefferson Capital Systems, LLC Assignee. At claim number 7. Filed by Trustee Ronda J. Winnecour. (Attachments: # 1 Proposed Order) (Winnecour, Ronda) (Entered: 01/30/2019) |
| --- | --- | --- |
| 01/30/2019 | 88<br>(1 pg) | Hearing on Trustee's Objection to Claim #7 Filed by Trustee Ronda J. Winnecour (RE: related document(s): 87 Objection to Claim filed by Trustee Ronda J. Winnecour). Hearing scheduled for 3/13/2019 at 09:30 AM at p01 Courtroom A, 54th Floor, U.S. Steel Tower, Pittsburgh. Responses due by 3/4/2019. (Winnecour, Ronda) (Entered: 01/30/2019) |
| 03/06/2019 | 89<br>(1 pg) | Certificate of No Objection Regarding the Hearing on 3/13/2019. Filed by Trustee Ronda J. Winnecour (RE: related document(s): 87 Objection to Claim filed by Trustee Ronda J. Winnecour, 88 Hearing on a Judge Taddonio Case Set by Attorney or Trustee filed by Trustee Ronda J. Winnecour). (Winnecour, Ronda) (Entered: 03/06/2019) |
| 03/07/2019 | 90<br>(2 pgs; 2 docs) | Default Order Granting Objection to Claim of Denovus Corporation LTD; Jefferson Capital Systems, LLC Assignee (Related Doc # 87) Signed on 3/7/2019. (bsil) (Entered: 03/07/2019) |
| 03/09/2019 | 91<br>(2 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 90 Order on Objection to Claim). Notice Date 03/09/2019. (Admin.) (Entered: 03/10/2019) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 04/04/2019 11:52:14 | | | |
| PACER Login: | ss0843:2640066:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 14-21241-GLT Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |

| Billable Pages: | 8 | Cost: | 0.80 |