IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Rebecca J. Freeman<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br>　　　　Movant(s)<br>　　　　Vs.<br>Rebecca J. Freeman<br><br>　　　　Respondent(s) | Case No. 14-21241GLT<br>Chapter 13<br><br>Related to Dkt. No. 99<br>Hearing: July 17, 2019 at 10:00 a.m. |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **July 17, 2019 at 10:00 a.m. before Judge Taddonio in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania.** Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **June 24, 2019.**

6-03-19
Date

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D.#30399)
Attorney and the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
cmecf@chapter13trusteewdpa.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-21241-GLT
Rebecca J. Freeman                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: ctak                Page 1 of 2              Date Rcvd: Jun 04, 2019
                              Form ID: pdf900           Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2019.
```
db             +Rebecca J. Freeman,    114 North Pacific Avenue,    Pittsburgh, PA 15224-2441
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13869333       ++ASCENDIUM EDUCATION SOLUTIONS  INC,    PO BOX 8961,    MADISON WI 53708-8961
               (address filed with court:  Navient Solutions, Inc. on behalf of USA Funds,
                 Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA  18773-9430)
13866107       +City and School Dostrict of Pittsburgh,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13866105       +City of Pittsburgh,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13866111       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13823196        Duquense Light Company,    Bernstein Law Firm, PC,    Ste 2200, Gulf Tower,
                 Pittsburgh, PA  15219
13823197       +Equitable Gas Company,    225 N. Shore Drive,    Pittsburgh, PA 15212-5860
14880735        GLHEC & Affiliates: GLHEGC, NELA, USAF,    PO Box 8961,    Madison WI 53708-8961
13823198        Greater Pittsburgh Cardiology,    c/o Credit Collection/USA,    512 Monongahela,
                 Morgantown, WV  26506
13823200       +JPMorgan Chase Bank,    7255 Baymeadows Way,    Jacksonville, FL 32256-6851
14070451       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,    Columbus, OH 43219-6009
13866101       +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13823201       +Pittsburgh Water and Sewer Authority,    c/o Derek K. Koget, Esquire,    437 Grant St, 14th Fl,
                 Pittsburgh, PA 15219-6101
14808285        United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison WI 53708-8961
13823206       +Zoe Kollie,    114 N. Pacific Avenue,    Pittsburgh, PA 15224-2441
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13904148       +E-mail/Text: kburkley@bernsteinlaw.com Jun 05 2019 02:45:53      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13823199       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 05 2019 02:45:28      HSBC,
                 c/o Midland Credit Management,    8875 Aero Drive,    San Diego, CA 92123-2251
13875884        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 05 2019 02:45:41      Denovus Corporation Ltd,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-9617
13896827        E-mail/PDF: pa_dc_claims@navient.com Jun 05 2019 02:53:17      Navient Solutions, Inc.,
                 P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
13842403        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 05 2019 02:45:18
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13823202       +E-mail/PDF: pa_dc_claims@navient.com Jun 05 2019 02:53:00      Sallie Mae,    220 Lasley Ave,
                 Wilkes Barre, PA 18706-1496
13823204       +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jun 05 2019 02:45:28       U. S. Trustee's Office,
                 1001 Liberty Ave.,    Liberty Center,    Suite 970,    Pittsburgh, PA 15222-3721
13823205       +E-mail/Text: bdsupport@creditmanagementcompany.com Jun 05 2019 02:45:45        WPAHS WPH,
                 c/o Credit Management Co,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
                                                                                              TOTAL: 8
```

```
               ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              Allegheny County
cr              City and School District of Pittsburgh
cr              Great Lakes Higher Education Corporation
cr              JPMORGAN CHASE BANK, N.A.
cr              Pittsburgh Water & Sewer Authority
cr*            +GLHEC & Affiliates: GLHEGC, NELA, USAF,    PO Box 8961,    Madison, WI 53708-8961
13823203*      ++ASCENDIUM EDUCATION SOLUTIONS  INC,    PO BOX 8961,    MADISON WI 53708-8961
               (address filed with court:  Sallie Mae, Inc on behalf of USA Funds,
                 Attn Bankrupt. Lit. Unit E3149,    PO Box 9430,    Wilkes Barre, PA  18773-9430)
                                                                                               TOTALS: 5, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2        User: ctak              Page 2 of 2         Date Rcvd: Jun 04, 2019
                            Form ID: pdf900         Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2019 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. andygornall@latouflawfirm.com
          Gary William Short    on behalf of Debtor Rebecca J. Freeman garyshortlegal@gmail.com,
           gwshort@verizon.net
          James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
          John P. Neblett    on behalf of Creditor    Great Lakes Higher Education Corporation
           jpn@neblettlaw.com,  lln@neblettlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 11
```