FILED
7/18/19 8:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Case No.: | 14-21241-GLT |
|---|---|---|---|
|  | : | Chapter: | 13 |
| Rebecca J. Freeman | : |  |  |
|  | : |  |  |
|  | : | Date: | 7/17/2019 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**    #99 - Trustee's Motion to Dismiss Case
              #103 - Response by Debtor

**APPEARANCES:**

        Debtor:        Gary William Short
        Trustee:     Owen Katz

**NOTES:**

Short: The debtor has sent in $959.56, which is $10 short of what was required.

Katz: The amount that we need to complete is actually less, but we have not received the payment yet.

**OUTCOME:**

1. The Motion to Dismiss [Dkt. No. 99] is continued to August 14, 2019 at 10:00 a.m. (Text order to issue).

2. On or before August 12, 2019, the trustee shall either (a) file a status report addressing whether the plan base has been satisfied, or (b) withdraw the Motion to Dismiss (Text order to issue).

**DATED:** 7/17/2019