Form 26 Freeman

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Elizabeth Ann Miller, | ) | Bankruptcy No. 14-21214 GLT |
| | ) | |
| Debtor(s). | ) | Docket No. |
| | ) | Related to Doc. |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor named below has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

   The Debtor is not required to pay any Domestic Support Obligations.
   ~~OR [The Debtor is required to pay Domestic Support Obligations and the Debtor has paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification (including amounts due before the petition was filed, but only to the extent provided for in the Plan).]~~

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On August 21, 2019, at docket number 109, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies*):

   ~~[Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.]~~ *OR*

   Undersigned Counsel duly questioned Debtor on May 15, 2019, about the statements in this Certification and verified the answers in support of this Certification.

Dated: August 21, 2019          /s/ Gary W. Short
                                Gary W. Short, Esquire
                                212 Windgap Road, Pittsburgh, PA 15237
                                Tele. (412) 765-0100 / Fax (412) 536-3977
                                E-mail garyshortlegal@gmail.com
                                PA I.D. No. 36794

**PAWB Local Form 24**