**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Rebecca J. Freeman** | Social Security number or ITIN   **xxx−xx−2996** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **14−21241−GLT**

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Rebecca J. Freeman
   aka Joanne Freeman

11/25/19

**By the court:**   Gregory L. Taddonio
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 14-21241-GLT
Rebecca J. Freeman                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: bsil              Page 1 of 2              Date Rcvd: Nov 25, 2019
                             Form ID: 3180W          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2019.
```
db           +Rebecca J. Freeman,    114 North Pacific Avenue,    Pittsburgh, PA 15224-2441
cr            Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,   Pittsburgh, PA 15219
cr           +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
13869333    ++ASCENDIUM EDUCATION SOLUTIONS  INC,    PO BOX 8961,    MADISON WI 53708-8961
             (address filed with court: Navient Solutions, Inc. on behalf of USA Funds,
               Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA  18773-9430)
13866107     +City and School Dostrict of Pittsburgh,    c/o Goehring Rutter & Boehm,
               437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13866105     +City of Pittsburgh,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
13866111     +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
13823196      Duquense Light Company,    Bernstein Law Firm, PC,    Ste 2200, Gulf Tower,
               Pittsburgh, PA  15219
13823197     +Equitable Gas Company,    225 N. Shore Drive,    Pittsburgh, PA 15212-5860
13823198      Greater Pittsburgh Cardiology,    c/o Credit Collection/USA,    512 Monongahela,
               Morgantown, WV  26506
14070451     +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,   Columbus, OH 43219-6009
13866101     +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
               437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13823201     +Pittsburgh Water and Sewer Authority,    c/o Derek K. Koget, Esquire,    437 Grant St, 14th Fl,
               Pittsburgh, PA 15219-6101
13823206     +Zoe Kollie,    114 N. Pacific Avenue,    Pittsburgh, PA 15224-2441
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 26 2019 03:49:34      Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
14880735      E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Nov 26 2019 03:49:10
               GLHEC & Affiliates: GLHEGC, NELA, USAF,    PO Box 8961,    Madison WI 53708-8961
13904148     +E-mail/Text: kburkley@bernsteinlaw.com Nov 26 2019 03:50:04      Duquesne Light Company,
               c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
               Pittsburgh, PA 15219-1945
13823199     +EDI: MID8.COM Nov 26 2019 08:38:00      HSBC,    c/o Midland Credit Management,   8875 Aero Drive,
               San Diego, CA 92123-2251
13875884      EDI: JEFFERSONCAP.COM Nov 26 2019 08:38:00      Denovus Corporation Ltd,
               c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-9617
13875884      E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 26 2019 03:49:49      Denovus Corporation Ltd,
               c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-9617
13823200     +EDI: CHASE.COM Nov 26 2019 08:38:00      JPMorgan Chase Bank,    7255 Baymeadows Way,
               Jacksonville, FL 32256-6851
13896827      EDI: NAVIENTFKASMSERV.COM Nov 26 2019 08:38:00      Navient Solutions, Inc.,    P.O. Box 9640,
               Wilkes-Barre, PA 18773-9640
13842403      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 26 2019 03:49:34
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
13823202     +EDI: NAVIENTFKASMSERV.COM Nov 26 2019 08:38:00      Sallie Mae,    220 Lasley Ave,
               Wilkes Barre, PA 18706-1496
13823204     +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Nov 26 2019 03:49:39      U. S. Trustee's Office,
               1001 Liberty Ave.,    Liberty Center,    Suite 970,    Pittsburgh, PA 15222-3721
14808285      E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Nov 26 2019 03:49:10
               United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison WI 53708-8961
13823205     +E-mail/Text: bdsupport@creditmanagementcompany.com Nov 26 2019 03:49:55      WPAHS WPH,
               c/o Credit Management Co,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Allegheny County
cr             City and School District of Pittsburgh
cr             Great Lakes Higher Education Corporation
cr             JPMORGAN CHASE BANK, N.A.
cr             Jpmorgan Chase Bank, National Association
cr             Pittsburgh Water & Sewer Authority
cr*          ++ASCENDIUM EDUCATION SOLUTIONS INC,   2501 INTERNATIONAL LANE,    MADISON WI 53704-3180
              (address filed with court: GLHEC & Affiliates: GLHEGC, NELA, USAF,    PO Box 8961,
                Madison, WI  53708)
13823203*    ++ASCENDIUM EDUCATION SOLUTIONS  INC,    PO BOX 8961,    MADISON WI 53708-8961
              (address filed with court: Sallie Mae, Inc on behalf of USA Funds,
                Attn Bankrupt. Lit. Unit E3149,    PO Box 9430,    Wilkes Barre, PA  18773-9430)
                                                                                     TOTALS: 6, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-2              User: bsil                 Page 2 of 2                  Date Rcvd: Nov 25, 2019
                                  Form ID: 3180W             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 25, 2019 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. andygornall@latouflawfirm.com
          Gary William Short    on behalf of Debtor Rebecca J. Freeman garyshortlegal@gmail.com,
           gwshort@verizon.net
          James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com
          John P. Neblett    on behalf of Creditor    Great Lakes Higher Education Corporation
           jpn@neblettlaw.com,    lln@neblettlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Thomas Song    on behalf of Creditor    Jpmorgan Chase Bank, National Association pawb@fedphe.com
                                                                                             TOTAL: 12
```