IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/25/19 11:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
REBECCA J. FREEMAN

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:14-21241

Chapter 13

Related to Dkt. No. 115

ORDER OF COURT

AND NOW, this 25th day of November, 2019, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

**ENTERED BY DEFAULT**

_____
U.S. BANKRUPTCY JUDGE    jah

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-21241-GLT
Rebecca J. Freeman                                                      Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 2             Date Rcvd: Nov 25, 2019
                              Form ID: pdf900        Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2019.
db           +Rebecca J. Freeman,   114 North Pacific Avenue,   Pittsburgh, PA 15224-2441
cr            Duquesne Light Company,   c/o Peter J. Ashcroft,   2200 Gulf Tower,   Pittsburgh, PA 15219
cr           +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
13869333     ++ASCENDIUM EDUCATION SOLUTIONS  INC,   PO BOX 8961,   MADISON WI 53708-8961
              (address filed with court: Navient Solutions, Inc. on behalf of USA Funds,
                Attn: Bankruptcy Litigation Unit E3149,   PO Box 9430,   Wilkes Barre, PA 18773-9430)
13866107     +City and School Dostrict of Pittsburgh,   c/o Goehring Rutter & Boehm,
               437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
13866105     +City of Pittsburgh,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
13866111     +County of Allegheny,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
13823196      Duquense Light Company,   Bernstein Law Firm, PC,   Ste 2200, Gulf Tower,
               Pittsburgh, PA  15219
13823197     +Equitable Gas Company,   225 N. Shore Drive,   Pittsburgh, PA 15212-5860
13823198      Greater Pittsburgh Cardiology,   c/o Credit Collection/USA,   512 Monongahela,
               Morgantown, WV  26506
13823200     +JPMorgan Chase Bank,   7255 Baymeadows Way,   Jacksonville, FL 32256-6851
14070451     +JPMorgan Chase Bank, N.A.,   3415 Vision Drive,   OH4-7142,   Columbus, OH 43219-6009
13866101     +Pittsburgh Water & Sewer Authority,   c/o Goehring Rutter & Boehm,
               437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
13823201     +Pittsburgh Water and Sewer Authority,   c/o Derek K. Koget, Esquire,   437 Grant St, 14th Fl,
               Pittsburgh, PA 15219-6101
13823206     +Zoe Kollie,   114 N. Pacific Avenue,   Pittsburgh, PA 15224-2441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14880735      E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Nov 26 2019 03:49:10
               GLHEC & Affiliates: GLHEGC, NELA, USAF,   PO Box 8961,   Madison WI 53708-8961
13904148     +E-mail/Text: kburkley@bernsteinlaw.com Nov 26 2019 03:50:02      Duquesne Light Company,
               c/o Peter J. Ashcroft,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
               Pittsburgh, PA 15219-1945
13823199     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 26 2019 03:49:38      HSBC,
               c/o Midland Credit Management,   8875 Aero Drive,   San Diego, CA 92123-2251
13875884      E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 26 2019 03:49:48      Denovus Corporation Ltd,
               c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-9617
13896827      E-mail/PDF: pa_dc_claims@navient.com Nov 26 2019 03:56:16     Navient Solutions, Inc.,
               P.O. Box 9640,   Wilkes-Barre, PA 18773-9640
13842403      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 26 2019 03:49:33
               Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
13823202     +E-mail/PDF: pa_dc_claims@navient.com Nov 26 2019 03:45:17     Sallie Mae,   220 Lasley Ave,
               Wilkes Barre, PA 18706-1496
13823204     +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Nov 26 2019 03:49:39     U. S. Trustee's Office,
               1001 Liberty Ave.,   Liberty Center,   Suite 970,   Pittsburgh, PA 15222-3721
14808285      E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Nov 26 2019 03:49:10
               United Student Aid Funds, Inc (USAF),   PO Box 8961,   Madison WI 53708-8961
13823205     +E-mail/Text: bdsupport@creditmanagementcompany.com Nov 26 2019 03:49:55      WPAHS WPH,
               c/o Credit Management Co,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Allegheny County
cr             City and School District of Pittsburgh
cr             Great Lakes Higher Education Corporation
cr             JPMORGAN CHASE BANK, N.A.
cr             Jpmorgan Chase Bank, National Association
cr             Pittsburgh Water & Sewer Authority
cr*          ++ASCENDIUM EDUCATION SOLUTIONS INC,   2501 INTERNATIONAL LANE,   MADISON WI 53704-3180
              (address filed with court: GLHEC & Affiliates: GLHEGC, NELA, USAF,   PO Box 8961,
                Madison, WI  53708)
13823203*    ++ASCENDIUM EDUCATION SOLUTIONS  INC,   PO BOX 8961,   MADISON WI 53708-8961
              (address filed with court: Sallie Mae, Inc on behalf of USA Funds,
                Attn Bankrupt. Lit. Unit E3149,   PO Box 9430,   Wilkes Barre, PA  18773-9430)
                                                                                   TOTALS: 6, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2           User: bsil              Page 2 of 2             Date Rcvd: Nov 25, 2019
                               Form ID: pdf900        Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2019 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. andygornall@latouflawfirm.com
          Gary William Short    on behalf of Debtor Rebecca J. Freeman garyshortlegal@gmail.com,
           gwshort@verizon.net
          James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
          John P. Neblett    on behalf of Creditor    Great Lakes Higher Education Corporation
           jpn@neblettlaw.com,   lln@neblettlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Thomas Song    on behalf of Creditor    Jpmorgan Chase Bank, National Association pawb@fedphe.com
                                                                                             TOTAL: 12
```