Motion for refund freeman

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 14-21241 GLT |
| REBECCA J. FREEMAN, ) | |
|               Debtor, ) | Chapter 13 |
| REBECCA J. FREEMAN, ) | |
|               Movant, ) | Hearing date and time: |
| vs. ) | March 11, 2020 at 9:30 a.m. |
| RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, ) | Responses due: March 1, 2020 |
| MICHAEL J. RHODES, CLERK, UNITED STATES ) | |
| BANKRUPTCY COURT, AND UNITED STATES ) | |
| OF AMERICA, DEPARTMENT OF THE ) | |
| TREASURY, ) | |
|              Respondents. ) | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO OBTAIN REFUND

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **MOTION TO OBTAIN REFUND** ("Motion"), filed on February 11, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice responses to the Motion were to be filed and served no later than March 1, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: March 2, 2020

/s/ Gary W. Short
Gary W. Short, Esquire  (PA Bar I.D. No. 36794)
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com