IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
3/3/20 11:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In re: | Case No. 14-21241-GLT |
| REBECCA J. FREEMAN, | Chapter 13 |
| *Debtor,* | |
| REBECCA J. FREEMAN, | |
| *Movant,* | Related to Dkt. No. 130 |
| v. | |
| RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, MICHAEL J. RHODES, CLERK, U.S. BANKRUPTCY COURT, AND U.S. OF AMERICA, DEPARTMENT OF THE TREASURY, | |
| | Hearing: March 11, 2020 at 9:30 a.m. |
| *Respondents,* | |

## MODIFIED DEFAULT ORDER

This **3rd** day of **March 2020,** upon consideration of the Amended Motion for Refund filed by Rebecca J. Freeman ("Debtor"), after notice and hearing,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

The refund in the amount of $601.88 ("Refund") is due to the Debtor which was remitted by the Chapter 13 Trustee to the Clerk of this Court ("Clerk") on or about January 30, 2020. The Clerk is directed to refund the sum of money directly to the Debtor with a copy of the transmittal letter to be sent to counsel for Debtor, Gary W. Short, Esq.

Prepared by: Gary W. Short, Esq.

**DEFAULT ENTRY**

Dated: March 03, 2020

Gregory L. Addonio    jah
United States Bankruptcy Judge

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 14-21241-GLT
Rebecca J. Freeman                                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: bsil              Page 1 of 1              Date Rcvd: Mar 03, 2020
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2020.
db          +Rebecca J. Freeman,   114 North Pacific Avenue,   Pittsburgh, PA 15224-2441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2020 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. andygornall@latouflawfirm.com
      Gary William Short    on behalf of Debtor Rebecca J. Freeman garyshortlegal@gmail.com,
       gwshort@verizon.net
      James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
       cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
       cnoroski@grblaw.com
      John P. Neblett    on behalf of Creditor    Great Lakes Higher Education Corporation
       jpn@neblettlaw.com,   lln@neblettlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
       Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
      Thomas  Song    on behalf of Creditor    Jpmorgan Chase Bank, National Association pawb@fedphe.com
                                                                                                   TOTAL: 12